*E-Filed 1/13/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. DUGAN,      No. C 13-0405 RS (PR)

    Plaintiff,      **ORDER OF DISMISSAL**

    v.

BANK OF AMERICA, et al.,

    Defendants.

_____/

## INTRODUCTION

This is a civil action filed by a *pro se* state prisoner. After review of the complaint pursuant to 28 U.S.C. § 1915(e), the Court DISMISSES the action without prejudice.

## DISCUSSION

**A.  Standard of Review**

In its initial review of this *pro se* complaint, this Court must dismiss any claim that is frivolous or malicious, or fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e). *Pro se* pleadings must be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id*. (quoting *Twombly*, 550 U.S. at 556). Furthermore, a court "is not required to accept legal conclusions cast in the form of factual allegations if those conclusions cannot reasonably be drawn from the facts alleged." *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754–55 (9th Cir. 1994).

**B.     Legal Claims**

Plaintiff, a prisoner in federal custody, brings this action *pro se* on behalf of Kevin Dugan Construction Company. (Am. Compl. 1.) A corporation, unincorporated association, partnership or other such entity may appear <u>only</u> through counsel, however. *See* 28 U.S.C. § 1654; Civil L.R. 3-9(b); *Employee Painters' Trust v. Ethan Enterprises, Inc.*, 480 F.3d 993, 998 (9th Cir. 2007). Accordingly, the action is DISMISSED without prejudice to plaintiff acquiring counsel to represent his company in this action. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: January 13, 2014

_____
RICHARD SEEBORG
United States District Judge