*E-Filed 4/14/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN V. DUGAN, | No. C 13-0405 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. / | |

    Plaintiff's motion to reopen the action (Docket Nos. 15, 16, and 17) is GRANTED. The action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 13) and the order of dismissal (Docket No. 12) are VACATED.

    Plaintiff shall file a third amended complaint on or before May 25, 2014. The third amended complaint must include the caption and civil case number used in this order (13-0405 RS (PR)) and the words THIRD AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his first amended complaint *all* the claims he wishes to present and *all* of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Any claims not raised in the amended complaint will be deemed waived. Plaintiff may *not*

incorporate material from the prior complaint by reference.  Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so.  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall terminate Docket Nos. 15, 16 and 17.

**IT IS SO ORDERED**.

DATED:  April 14,  2014

_____
RICHARD SEEBORG
United States District Judge