*E-Filed 11/3/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. DUGAN,

    Plaintiff,

    v.

BANK OF AMERICA, et al.,

    Defendants.

                                         /

No. C 13-0405 RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to file an amended complaint by the deadline. Accordingly, the action is DISMISSED <u>without</u> prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that complies with instructions contained in the order dismissing the complaint with leave to amend (Docket No. 37). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 3, 2015

RICHARD SEEBORG
United States District Judge

No. C 13-0405 RS (PR)
ORDER OF DISMISSAL