*E-Filed 11/6/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN V. DUGAN,                                        No. C 13-0405 RS (PR)

            Plaintiff,                          **ORDER REOPENING ACTION**

   v.

BANK OF AMERICA, et al.,

            Defendants.

_____/

     This action was dismissed because plaintiff failed to file an amended complaint by the deadline.  He since has filed an amended complaint.  Accordingly, the action is REOPENED and the Clerk is directed to amend the docket accordingly.  The judgment (Docket No. 41) and the order of dismissal (Docket No. 40) are VACATED.  The Court will review the amended complaint in a separate order.

     **IT IS SO ORDERED**.

DATED:  November 5, 2015

                         RICHARD SEEBORG
                       United States District Judge