*E-Filed 12/22/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN V. DUGAN,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants. | No. C 13-0405 RS (PR)<br><br>**ORDER REFERRING ACTION TO ALTERNATIVE DISPUTE RESOLUTION PROGRAM FOR PURPOSES OF ASSESSMENT** |

This civil action is referred to Alternative Dispute Resolution ("ADR") Multi-Option Program for assessment purposes. Once the action is assessed, ADR shall inform the Court whether the action is suitable for further ADR proceedings.

**IT IS SO ORDERED**.

DATED: December 22, 2015

                                          RICHARD SEEBORG
                                          United States District Judge