UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DUGAN,

    Plaintiff,

    v.

BANK OF AMERICA, et al.,

    Defendants.

Case No. 13-cv-00405-RS

**ORDER RELIEVING COUNSEL, AND CONTINUING HEARING ON ORDER TO SHOW CAUSE**

1. Attorney James M. Finberg, of Altshuler Berzon, LLP, was appointed for the limited purpose of representing plaintiff at mediation. The mediation resulted in a settlement. Good cause appearing, Feinberg and the Altshuler firm are relieved from any further obligation to represent plaintiff herein.

2. Defendant has filed a motion to enforce the settlement agreement, asserting that it has fully performed its obligations thereunder, but that plaintiff has refused to dismiss the action unless defendant complies with certain other demands, not set out in the settlement agreement. That motion is set for hearing on June 16, 2016. Plaintiff filed no opposition to that motion, and the deadline for doing so has expired.

3. In light of the settlement, an order previously issued requiring the parties to file a stipulation of dismissal no later May 23, 2016, or to appear on May 26, 2016 and show cause why the matter should not be dismissed.

4. To avoid any uncertainty, and in the interest of judicial efficiency, the hearing on the

order to show cause is hereby continued until June 16, 2016, to be heard concurrently with the motion to enforce settlement.  If plaintiff has any reason that this action should not be dismissed, <u>he must file a written opposition to dismissal no later than June 9, 2016.</u>  In the event plaintiff files no such opposition, the hearing will be taken off calendar and the action will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated:  May 23, 2016

_____
RICHARD SEEBORG
United States District Judge