UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUGAN,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, et al.,<br><br>            Defendants. | Case No. 13-cv-00405-RS<br><br>**ORDER DISMISSING CASE** |

The record reflects that the parties reached a binding settlement agreement in this action and that defendants have performed their obligations under that agreement. By order entered on May 23, 2016, plaintiff was advised that in the event he had any reason that the action should not be dismissed, he was required to file a written opposition to dismissal no later than June 9, 2016. Plaintiff was also advised that if he filed no such opposition, the action would be dismissed without further notice. The deadline for plaintiff to file any such opposition having elapsed, and good cause appearing based on the entire record, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: June 13, 2016

_____
RICHARD SEEBORG
United States District Judge